IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                                    **PLAINTIFF**
**ADC #149998C**

v.                          CASE NO. 2:20-CV-00057-BSM

**ANGELA JENKINS,** *et al.*                                                                    **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 27] is adopted, defendants' motion for summary judgment [Doc. No. 14] is granted, and Jarell Terry's claims against defendants are dismissed without prejudice.  Terry's motion to stay discovery [Doc. No. 28], motion to compel [Doc. No. 30], and motion for cross summary judgment [Doc. No. 32] are denied as moot.  It is certified that an *in pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE