# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JARELL D. TERRY**                                                                            **PLAINTIFF**
**ADC #149998C**

**v.**                              **CASE NO. 2:20-CV-00057-BSM**

**ANGELA JENKINS,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE